NICHOLAS & BUTLER, LLP
   Craig M. Nicholas (SBN 178444)
   Matthew B. Butler (SBN 201781)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496

Attorneys for Defendants GARY W. ROY and
GWR SPECIALTY AUTOMOTIVE PRODUCTS

FILED

2006 OCT -6  AM 8:30

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUID RX, INC. a Delaware corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>GARY W. ROY, an individual, GARY W. ROY doing business as GWR SPECIALTY AUTOMOTIVE PRODUCTS; ALDOSOFT ENGINEERING, a company of unknown origin,<br><br>         Defendants. | CASE NO.: 06CV1777<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER<br><br>Honorable Larry A. Burns<br>Courtroom: 9 |

      By and through their attorneys of record, Defendants GARY W. ROY and GARY W. ROY d/b/a GWR SPECIALTY AUTOMOTIVE PRODUCTS (collectively "ROY") and Plaintiff FLUID RX, INC. ("FRX" or "Plaintiff") hereby agree and stipulate as follows:

      1)     ROY resides in Miami, Florida and retained Nicholas & Butler, LLP as counsel in San Diego, California on September 25, 2006.

      2)     Pursuant to Fed. Rule Civ. Proc. 12(a)(1), ROY is required to respond to Plaintiff's Complaint on or before October 3, 2006.

////
////
////

1  3) Due to the complexity of the issues presented, the professional schedules of
2  counsel and clients, and Defendants' need for continued investigation, Defendants have requested
3  and Plaintiff has agreed that the Defendants' responses will be due no later than October 13, 2006.
4  THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:
5  4) ROY's response to Plaintiff's Complaint shall be due on or before Friday, October
6  13, 2006.

7
8                                                              NICHOLAS & BUTLER, LLP
9
10  Dated: October 3, 2006                      By: _____
11                                                              Matthew B. Butler, Esq.
                                                                Attorneys for Defendant
12                                                              GARY W. ROY and
                                                                GWR SPECIALTY AUTOMOTIVE
13                                                              PRODUCTS
14
15                                                              FRIESEN, GUY & ASSOCIATES
16
17  Dated: October 3, 2006                      By: _____
18                                                              Henry P. Friesen, Esq.
                                                                Attorneys for Plaintiff
19                                                              FLUID RX, INC.
20
21
22
23
24
25
26
27
28                                              ORDER

**N&B**
ATTORNEYS AT LAW
SAN DIEGO

2
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND [PROPOSED] ORDER
06CV1777

| | |
|---|---|
| 1 | Having read and considered the preceding stipulation among certain parties to this action requesting an extension of time to respond to the Complaint and good cause appearing therefore, |
| 2 | |
| 3 | IT IS HEREBY ORDERED that the time by which Defendants GARY W. ROY and GARY W. ROY d/b/a GWR SPECIALTY AUTOMOTIVE PRODUCTS must respond to the complaint shall be Friday, October 13, 2006. |
| 4 | |
| 5 | |

DATED: 10-4-06

_____
Judge of the District Court

1  NICHOLAS & BUTLER, LLP
        Craig M. Nicholas (SBN 178444)
2       Matthew B. Butler (SBN 201781)
   225 Broadway, 19th Floor
3  San Diego, California 92101
   Telephone: (619) 325-0492
4  Facsimile:  (619) 325-0496

5  Attorneys for Defendants **GARY W. ROY and
   GWR SPECIALTY AUTOMOTIVE PRODUCTS**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUID RX, INC. a Delaware corporation, | CASE NO.: 06CV 1777 |
| Plaintiff, | |
| vs. | |
| GARY W. ROY, an individual, GARY W. ROY doing business as GWR SPECIALTY AUTOMOTIVE PRODUCTS; ALDOSOFT ENGINEERING, a company of unknown origin, | Honorable Larry A. Burns<br>Courtroom: 9 |
| Defendants. | |

I, **Rosa Shelton**, declare that I am over the age of 18 years and am not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is Nicholas & Butler, LLP, 225 Broadway, 19th Floor, San Diego, California 92101.

On **October 4, 2006** I served the within: **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**

on the interested parties in said action by:

[X]   **BY FACSIMILE TRANSMISSION**: In addition to service by mail as set forth below, the counsel or interested party authorized to accept service was also forwarded a copy of said

N&B
ATTORNEYS AT LAW
SAN DIEGO

document(s) by facsimile transmission at the telefax number corresponding with his/her/its name. The facsimile machine I used complied with CRC Rule 2003(3) and no error was reported by the machine. Pursuant to CRC Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ]   **BY PERSONAL DELIVERY**: I caused each envelope to be hand-delivered to each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

[X]   **BY MAIL:**  as follows:

[ ]   **BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard FEDERAL EXPRESS overnight delivery procedures.

[X]   By placing a copy thereof in a sealed envelope addressed as follows:

Henry P. Friesen
**FRIESEN, GUY & ASSOCIATES**
7545 Irvine Center Drive, Suite 200
Irvine, CA 92618

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service via First Class Mail on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 4, 2006**, at San Diego, California.

Rosa Shelton