### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Case: Fluid RX, Inc. v. Roy                               Case No: 06cv1777-LAB (RBB)

HON. Larry A. Burns            CT. DEPUTY Tisha Washam        Rptr. _____

                                             Present

Plaintiff(s):       No appearance.

Defendant(s):       No appearance.

    Currently on calendar for Monday, October 23, 2006 at 10:30 a.m. is a hearing on Plaintiff's motion for preliminary injunction. In order to resolve a conflict in the Court's calendar, on the Court's own motion the hearing on Plaintiff's motion for preliminary injunction is therefore rescheduled to **Monday, October 30, 2006 at 3:30 p.m.** No appearances will be required before the Court in this matter on Monday, October 23, 2006.

DATED: October 16, 2006

IT IS SO ORDERED.

*/s/ Larry A. Burns*

**Honorable Larry Alan Burns**
United States District Judge

cc:     Magistrate Judge Ruben B. Brooks
        All Counsel of Record