1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUID RX, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>GARY W. ROY, an individual; GARY W. ROY dba GWR SPECIALTY AUTOMOTIVE PRODUCTS; ALDOSOFT ENGINEERING, a company of unknown origin,<br><br>     Defendants.<br>_____<br>GARY W. ROY, an individual; GARY W. ROY dba GWR SPECIALTY AUTOMOTIVE PRODUCTS,<br><br>     Counter-Claimants,<br><br>v.<br><br>FLUID RX, INC., a Delaware corporation; RON SCHORNSTEIN, an individual; RON MCELROY, an individual,<br><br>     Counter-Defendants.<br>_____ | Civil No. 06cv1777 LAB(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF SETTLEMENT CONFERENCE |

On November 8, 2006, the Court held an early neutral evaluation conference in the above-entitled action.  Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1.  No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties are ordered to proceed with the initial disclosure process.  Any objections to initial disclosure will be resolved as required by rule 26.

2.  The rule 26(f) conference shall be completed on or before December 2, 2006.

3.  No discovery plan is required.

4.  The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before December 15, 2006.

5.  A telephonic settlement conference is set for December 11, 2006, at 8:00 a.m.  Counsel for Plaintiff is to initiate the call.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED:  November 8, 2006

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Burns
All Parties of Record