### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>FLUID RX</u> v. <u>ROY</u>                                      Case No. 06CV1777LAB(RBB)
                                                   **Time Spent:  <u>10 mins.</u>**

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>                  <u>Rptr.</u>

                          <u>Attorneys</u>
        <u>Plaintiffs</u>                        <u>Defendants</u>

<u>Henry Friesen                    </u>    <u>Matthew Butler (present)       </u>
<u>Shawn Guy (present)              </u>    <u>                               </u>

PROCEEDINGS:   ___  In Chambers    ___  In Court    <u> x </u> Telephonic

A telephonic settlement conference was held.

A telephonic settlement conference is set for January 18, 2007, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: <u>December 11, 2006</u>     IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Burns                    INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record