# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUID RX, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>GARY W. ROY, an individual, GARY W. ROY, doing business as GWR SPECIALITY AUTOMOTIVE PRODUCTS; ALDOSOFT ENGINEERING, a company of unknown origin,<br><br>　　　　　　　　　　　　Defendants.<br>_____<br>GARY W. ROY, an individual, and GARY W. ROY, doing business as GWR SPECIALTY AUTOMOTIVE PRODUCTS,<br><br>　　　　　　　　　　　　Counter-Claimants,<br>　　vs.<br>FLUID R. INC., a Delaware corporation; RON SCHORNSTEIN, an individual; and RON McELROY, an individual,<br><br>　　　　　　　　　　　　Counter-Defendants. | CASE NO. 06cv1777-LAB (RBB)<br><br>**ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

　　　　Following a hearing on November 20 and 21, 2006 on Plaintiff's motion for a preliminary injunction, the parties reached an agreement on the preliminary injunction. On December 18, 2006, the parties filed a joint motion for preliminary injunction.

It is therefore **ORDERED** that within five days of this order, Defendant Gary Roy will remove the current content of the website located at the URL fluidrx.com and post only the following content:

"If you are interested in contacting FluidRx, Inc., please click this link www.fluidrx.biz"

It is further **ORDERED** that within fourteen days, Gary Roy will either: (1) transfer the URL fluidrx.com (the "domain name") to himself as registrant; or (2) provide Plaintiff FluidRx, Inc. with the identity and contact information for Aldosoft.  With the exception of the transfer of the domain name from Aldosoft to Mr. Roy, there will be no other transfer of the Domain Name during the pendency of this action.

It is further ORDERED that within two weeks, Gary Roy will place an auto reply on all email addresses ending in fluidrx.com that reads as follows:

 "If you are trying to reach Ron McElroy or Ron Schornstein, please email them at ronm@fluidrx.biz.  If you are trying to reach Gary Roy, please email him at [Gary Roy will fill in his email address]"

If it is not technologically feasible to place an auto responder on the fluidrx.com email addresses without it affecting other email addresses, then Mr. Roy will shut down the fluidrx.com email addresses during the pendency of this action, such that no messages will be delivered to those email addresses and a person attempting to email those addresses will get a reply that their message is not deliverable.

**IT IS SO ORDERED**.

DATED:  January 9, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge