# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUID RX, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>vs.<br>GARY W. ROY, an individual, GARY W. ROY, doing business as GWR SPECIALTY AUTOMOTIVE PRODUCTS; ALDOSOFT ENGINEERING, a company of unknown origin,<br><br>　　　　　　　　　　　　　　Defendants.<br>_____<br>GARY W. ROY, an individual, and GARY W. ROY, doing business as GWR SPECIALTY AUTOMOTIVE PRODUCTS,<br><br>　　　　　　　　　　　　　　Counter-Claimants,<br>vs.<br>FLUID R. INC., a Delaware corporation; RON SCHORNSTEIN, an individual; and RON McELROY, an individual,<br><br>　　　　　　　　　　　　　　Counter-Defendants. | CASE NO. 06cv1777-LAB (RBB)<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

　　　　Counsel for all parties appeared today for a pretrial conference as ordered on January 9, 2008. It appeared the parties were making some progress towards settlement, and an additional settlement conference is scheduled before Magistrate Judge Brooks.

The parties are **ORDERED** to prepare for trial diligently and to appear for the final pretrial conference on Monday, March 3, 2008 at 4:00 p.m. The time for commencement of trial shall be set at the pretrial conference, but the parties should expect to trail day-to-day the criminal trial in *United States v. Vang*, 07cr3041-LAB currently scheduled to begin on Tuesday, March 4, 2008.

Motions in limine shall be filed and served no later than Wednesday, February 27, 2008. The hearing on these motions shall also be held on Monday, March 3, 2008 at 4:00 p.m.

The Court has stayed consideration of Plaintiff's motion to hold Defendant Roy in contempt, pending the outcome of the parties' settlement discussions. The parties are now **ORDERED** to appear for a hearing on this motion also on Monday, March 3, 2008 at 3:00 p.m. No later than noon on Friday, February 29, 2008, Plaintiff's counsel shall file and serve a declaration setting forth Plaintiff's costs incurred as a result of Defendant Roy's apparent violation of the Court's order.

**IT IS SO ORDERED**.

DATED: January 28, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge