# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUID RX, INC., a Delaware corporation,<br><br>                          Plaintiff,<br>vs.<br>GARY W. ROY, an individual, GARY W. ROY, doing business as GWR SPECIALITY AUTOMOTIVE PRODUCTS; ALDOSOFT ENGINEERING, a company of unknown origin,<br><br>                          Defendants.<br>_____<br>GARY W. ROY, an individual, and GARY W. ROY, doing business as GWR SPECIALTY AUTOMOTIVE PRODUCTS,<br><br>                          Counter-Claimants,<br>vs.<br>FLUID R. INC., a Delaware corporation; RON SCHORNSTEIN, an individual; and RON McELROY, an individual,<br><br>                          Counter-Defendants. | CASE NO. 06cv1777-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

    Today, March 38, 2008, all parties who have appeared in this action jointly filed a motion for dismissal with prejudice, stating they had reached settlement.  With their joint motion, the parties filed their consent, signed by all parties and counsel, to the Magistrate Judge's retention of jurisdiction over all disputes between and among the parties arising out

of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the joint motion to dismiss is hereby **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Magistrate Judge Ruben B. Brooks shall retain jurisdiction over all disputes arising out of the settlement agreement. Each of the parties shall bear its own costs and attorney's fees. The order to show cause re: contempt, issued August 15, 2007, is **DISCHARGED**. All pending motions are hereby **DENIED AS MOOT** and all further scheduled hearings are **VACATED**.

**IT IS SO ORDERED**.

DATED: March 3, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge